

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of:<br><br>1903 Townsend Avenue Helena, Montana 59601 | MJ 18-38-M-JCL<br><br>ORDER |
|---|---|

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 10th day of August, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1